June 10, 2005

<u>**Electronically Filed**</u>

Hon. Michael L. Orenstein, U.S.M.J.
Long Island Courthouse
100 Federal Plaza
P.O. Box 9014
Central Islip, New York  11722

Re:     <u>Hill v. County of Suffolk</u>
          Docket No. CV02-3901 (DRH)(MLO)

Dear Judge Orenstein:

During a telephone conversation, Your Honor's Chambers informed me that it is in
receipt of some sort of letter motion from the plaintiff, which bears a notation that it was
copied to this office.

In actuality, we have not received any copy of this letter.  Instead, we received a letter in
original ink (not a copy), which was addressed to me (not the court).  Therein, plaintiff
appears to inform me of what he claims is contained in his letter to the court and
additionally, addresses other remarks directly to me.

We have no way of knowing whether this second letter accurately recites plaintiff's
motion to the court.  In fact, it does not appear to, in that it is not a photocopy and
contains remarks directed toward me and not the court.

Accordingly, defendants respectfully request that plaintiff's letter application to the court
be returned to him, with directions to him to provide defendants' with an actual copy.

We thank the court for its consideration of this request.

Letter to Hon. Michael L. Orenstein, USMJ
June 10, 2005
Page 2 of 2

Very truly,

CHRISTINE MALAFI
SUFFOLK COUNTY ATTORNEY


_____

Arlene S. Zwilling/AZ-5918
Assistant County Attorney

ASZ/fb
Cc:     Demetrius Hill, Plaintiff pro se