FILED
U.S. DISTRICT COURT E.D.N.Y.
AUG 10 2005
LONG ISLAND RECEIVED IN CHAMBERS OF MAGISTRATE ORENSTEIN
AUG 10 2005

TO: MICHEAL L. ORENSTEIN
U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF N.Y.
934 Federal Plaza
Central Islip, N.Y. 11722-4447

August 4, 2005

RE: HILL VS. TISCH
02 CV 3901

Dear Judge Orenstein,

I am writing to inform the court that I have been moved to:

DEMETRIUS HILL #68133-053
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA, 17837

Further, at present I am unable to forward a copy to Ms. Zwilling because I am being denied all of my legal material by this institutions staff and do not know Ms. Zwilling's address by memory. I had to borrow this stamp to write the court. I had to write the Honorable Judge Hurley in this same fashion & his honor was kind enough to forward a copy of my scribe to my attorney on a criminal case.

I would ask that the court please forward a copy of this letter to the defendants counsel Ms. Zwilling so she will have the new address.

I do not know why I am in this institution my criminal attorney has asked Hon. Judge Hurley to have me moved back to the metropolitan area as I am not sentenced on my criminal indictment. I am awaiting that court's order.

However, so that I may proceed in this civil litigation I would ask your honor to please enter an order to this institution to:
(a) give me back my legal materials & books;
(b) allow me to use the facility law library;
(c) provide me with copy's of legal documents so I can mail out;
(d) If the court is to allow me the oppurtunity to depose defendants (as they've done me) that I be moved back to the M.D.C. to perform said depositions.

I appologize to the court for any inconvenience in providing Ms. Zwilling a copy of this scribe, but I do not know her address by memory and if this facility won't give me my legal work there is nothing I can do — but seek judicial intervention.
Thank you for your time & consideration.

Sincerely,
Demetrius Hill
DEMETRIUS HILL
# 68188-053
P.O. BOX 1000
Lewisburg, PA 17837
U.S. Penitentiary