Hon. MAGISTRATE JUDGE ORENSTEIN
U.S. DISTRICT COURT
100 Federal Plaza
Central Islip, N.Y., 11722

RECEIVED IN CHAMBERS OF MAGISTRATE ORENSTEIN Nov. 28, 2005

DEC 05 2005

RE: HILL V. TISCH et al.
Dkt. No. 02-CV-3901 (DRH)(MLO):

Dear honorable Judge Orenstein:

I write to inform the court after being moved several times, I am currently back in the M.D.C. in brooklyn n.y.. Also I will be asking this institution "again" for time, space, and date of when I can do depositions on the defendants. If I receive no response "again" I will be asking the court to issue an order scheduling these depositions to be taken of all defendants, in the hopes that this litigation can be moved along......

Thank you for your time & consideration.

Sincerely,
Demetrius Hill
DEMETRIUS HILL
68133-053
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, N.Y., 11232

CC: Arlene S. Zwilling
Assistant County Attorney