Magistrate Judge Michael L. Orenstein
100 Federal Plaza
Central Islip, NY 11722-9014

RECEIVED IN
CHAMBERS OF
MAGISTRATE ORENSTEIN

MAR    2006

RE: Hill vs. Tisch
CV 02-3901 (DRH)

Dear Magistrate Judge Michael L. Orenstein:

I am writing you at the request of Mr. Demetrius Hill. Mr. Hill would like to inform you of his current housing location at Nassau County Jail and the location of his legal work.

All of Mr. Hill's legal work remains at the Bureau of Prisons, Metropolitan Detention Center in Brooklyn, NY. He was transferred to the Nassau County Jail on March 1, 2006 following the adjournment of his sentencing at the Federal Courthouse in ISLIP. He was unaware of the transfer and therefore unable to request that his legal property follow him to his Nassau County Jail designation. He reports that he is currently in the process of requesting from the Federal District Court Judge assigned to his criminal case to have all of his legal property sent to him so that he may prepare for his legal cases.

Regarding Hill vs. Tisch, Mr. Hill requests that he either be given the opportunity to depose the defendants, a status conference is held or that a scheduling order be issued.

Thank you in advance for your time and consideration regarding this important matter.


Sincerely,


Demetrius Hill
Reg. # 68133-053
CC# 06001822
Nassau County Sheriff's Department  Correction Center
100 Carman Ave.
East Meadow, NY 11554