April 12, 2006


Honorable Michael L. Orenstein, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY  11722

Re:    **Demetrius Hill v. County of Suffolk, et al.**
              Index No.: CV-02 3901 (DRH) (MLO)

Dear Judge Orenstein:

I write in response to an unsigned and undated letter to the Court which requests that plaintiff be
allowed to depose defendants and/or that a conference be scheduled.

The Court should refrain from granting the relief since it is impossible to discern who authored
the letter.  Again, the letter is not signed.  In the first paragraph, the writer states that he/she is
writing at the request of plaintiff but does not identify himself/herself. In a possible contradiction,
plaintiff's name is typewritten below the valediction.


Very truly yours,

Christine Malafi
Suffolk County Attorney


_____
Arlene S. Zwilling   AZ/5918
Assistant County Attorney

ASZ:mar
cc:  Demetrius Hill (plaintiff pro se) at Nassau County Correctional Facility