UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND FEDERAL COURTHOUSE
844 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722-4448

MICHAEL L. ORENSTEIN
United States Magistrate Judge

May 3, 2006

Demetrius Hill
# 68133-053
Nassau County Sheriff's Department
Correctional Center
CC#06001822
100 Carmen Avenue
East Meadow, NY 11554

Re: *Hill. v. Tisch et al.*,
CV 02-03901 (DRH)

Dear Mr. Hill:

Enclosed please find your letter, dated April 24, 2006.

Please be advised that you must send a copy of every correspondence you send to the Court to all counsel in the above-mentioned case and indicate that you have done so. This Court will not accept *ex parte* communications.

Respectfully yours,

Linda B. Johnston
Law Clerk to Magistrate
Judge Orenstein

cc:   Arlene S. Zwilling
      (without enclosure)