Hon. Michael L. Orenstein
U.S. M.J.
U.S. District Court
100 Federal Plaza
Central Islip, N.Y. 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y. 4/25/06

★ APR 24 2006 ★

LONG ISLAND OFFICE

RECEIVED IN
CHAMBERS OF
MAGISTRATE ORENSTEIN
APR 25 2006

RE: Hill v. County of Suffolk et al.
02 CV 3901 (DRH) (MLO)

Dear Hon. Judge Orenstein:

I write in response to the defendants minute gripe about a missing date & letter being undated or signed.

Although, said letter is undated or signed, the request that the court take some form of action to make this case proceed to a disposition is accurate and valid. As the court is aware, this litigation has been pending since 2002. And though plaintiff has been deposed — none of the defendants have, and it is unreasonable to expect that a pro se ~~plaintiff~~ can make such arrangements with a jail institution.

However, plaintiffs pro se status should not be used as a tool of the defendants to make this litigation languish for half a decade or a decade for that matter.

I had my paralegal student send the letter on my behalf, because I do not have access to stamps or the courts address at that time, as I had just gotten here and my property was left in the other prison for a month — until the Hon. Judge Hurley intervened.

Nevertheless, I'd ask that a scheduling order be issued, conference, or defendants be deposed while I am still being housed locally. The court should be advised that the discovery turned over supports each of my claims almost in its entirety and that many of the issues I sued for the Riverhead Jail has now changed which inadvertently is an admission of sorts of wrong doing.

Thus I'd request some form of relief be granted!

Moreover I'd ask that the court please forward this letter to the defendant since I do not have stamps at present.

I thank you for your time & consideration in this matter.

Sincerely,
Demetrius Hill
DEMETRIUS HILL
C600?822
Nassau County Jail
100 Carmen Ave.
East Meadow, N.Y., 11554



Mr. [name]
C.C.# D000217
Location 5-B-C-5
100 CARMAN AVENUE
EAST MEADOW, NEW YORK 11554-1146

GARDEN CITY NY 115
22 MAY 2006 PM 4

To: Denis R. Hurley
U.S. District Judge
U.S. District Court
100 Federal Plaza
Central Islip, N.Y.