DENIS R. HURLEY
U.S. DISTRICT JUDGE
U.S. DIST. COURT E.D.N.Y.
100 Federal Plaza
Central Islip, N.Y., 11722

RECEIVED 5/24/06
HON. DENIS R. HURLEY

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ MAY 16 2006 ★
LONG ISLAND OFFICE

RE: HILL V. TISCH; CV 02-3901
[DRH] [MLO];

Dear Judge Hurley:

I write to request that your honor expedite, the civil litigation currently still pending; require Suffolk county to allow defendants to be deposed; and order that plaintiff not be moved from this institution until defendants have been deposed; and a conference be held to either set a scheduling order or simply to ensure that Suffolk county does not continue to use subterfuge to make this civil case continue to languish.

The reason plaintiff asks for an immediate order keeping him here until defendants can be deposed is because. Plaintiff is due to possibly be sentenced on 5/18/06, and unless plaintiff is given some miracle or allowed to go home; he will be

returned to the B.O.P. and shipped off to some other state. Which is what happened last time when I was sent to U.S.P. Lewisburg, and then defendants will use that [again] as reason to not do the depositions or tell plaintiff to arrange it with the jail/prison which is clearly not possible.

It must be noted that the discovery turned over thus far clearly supports each of my claims, and only few factual issues will need to go to trial. Moreover, defendants have changed the rules, policy's, and procedures, for some of the complaints raised in my litigation. So that a Summary judgement motion should be permissible.

In sum, I would ask these orders be issued, and that my correspondences be served on defendants as I have no way to make the copies myself. I have enclosed a previous letter I wrote Magistrate judge Orenstein; I come to you your honor because I do not want to be shipped off around the country. And that used to further delay these proceedings.

I thank the Court for its time and consideration and humbly request the court to ensure that my rights to seek civil redress be protected just anyone else who was not pro se or confined; thank you......

Sincerely,
Demetrius Hill
DEMETRIUS HILL
06007828
Nassau County Corr. Fac.
100 Carmen Rd.
East Meadow, N.Y., 11554