

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK
#### LONG ISLAND FEDERAL COURTHOUSE
844 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722-4448

MICHAEL L. ORENSTEIN
United States Magistrate Judge

June 12, 2006

Demetrius Hill
# 68133-053
Nassau County Sheriff's Department
Correctional Center
CC#06001822
100 Carmen Avenue
East Meadow, NY 11554

**Re: *Hill. v.Tisch et al.,***
**CV 02-03901 (DRH)**

Dear Mr. Hill:

Enclosed please find your letter, dated May 31, 2006, which the Court received on June 6, 2006, wherein you seek to respond to defendant's letter, dated May 23, 2006.

Please be advised that you must send a copy of every correspondence you send to the Court to all counsel in the above-mentioned case and indicate that you have done so.  This Court will not accept *ex parte* communications.

Respectfully yours,

Linda B. Johnston
Law Clerk to Magistrate
Judge Orenstein

cc:   Arlene S. Zwilling
      (without enclosure)