CHRISTINE VALLE
COURT CLERK
844 Federal Plaza
Central Islip, N.Y. 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ AUG 01 2006 ★
LONG ISLAND OFFICE

7/26/2006

RE: Hill v. Tisch
02 CV 3901

Ms. Valle,

If it's not too much can you please forward me a copy of the "docket sheet" in the above referenced case.

Also can you check and tell me wheather the "government appealed" in my criminal case USA v. Hill 02 CR 728 — I definitly appealed but I'd like to know if they did.

And, can you please tell me who I'd have to write to, to get the sentencing transcripts of June 13 & 14 and one day in February I think. I need to know who I need to send the check to.

I'm definitley not trying to give you extra work! Yet I would greatly appreciate your assisstance. As you can tell from the litigations I have pending I am extremely litigious and I strive to stay on top of all of them and I hope you wont mind helping me.

I had called you in the past and you were helpful, never had I forgotten your name. So that's why I wrote you directly. It's hard for me to keep abreast of all the case entrys at once and a number of times I'd noticed entrys that I'd not received by mail e.g. [Hill v. Laird 06-cv-00126-JS-MLO - entry 19, of 7/13/2006].

In any event I don't want to bore you, I know you have other more essential things to do. Maybe if possible we can keep in touch, I know the stigma on people such as my self in prison and most in society believe it i.e. I'm the bad guy etc.. But if your not apprehensive maybe either way thank you for your time and consideration......

Sincerely

Demetrius Hill
DEMETRIUS HILL 68133-053
PRO SE
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Note: Please excuse my handwriting!

Inmate Name: PM Crusle(?)
Register Number: 68433-053
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Legal Mail

HARRISBURG PA 171
28 JUL 2006 PM 2 T

To: Ms. CHRISTIEJE VALE
"COURT CLERK"
U.S. DISTRICT COURT
844 Federal Plaza
Central Islip, N.Y. 11722

**U.S. PENITENTIARY**
**P. O. BOX 1000**
LEWISBURG, PENNSYLVANIA 17837

DATE _____

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURIS- DICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.