## UNITED STATES DISTRICT COURT

ROBERT C. HEINEMANN
CLERK

EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ AUG 01 2006 ★

LONG ISLAND OFFICE

PLEASE REPLY TO:

☐ BROOKLYN OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

■ LONG ISLAND OFFICE
US COURTHOUSE
100 FEDERAL PLAZA
PO BOX 9014
CENTRAL ISLIP, NY 11722-9014

www.nyed.uscourts.gov

August 1, 2006

Demetrius Hill #68133-053
United States Penitentiary
PO Box 1000
Lewisburg, PA 17837

                 Re:    02cv3901 (DRH)
                           Hill -v- Tisch

Dear Mr. Hill:

The Court is in receipt of your letter dated July 24, 2006 regarding your case. Per your request, I enclose a copy of the above-mentioned docket and the pages in your criminal case 02cr728 (DRH) which indicate the court reporters on the days mentioned.

Please be reminded that all documents should be sent to the Pro Se Office at the Central Islip Courthouse. Sending mail to other court offices can result in a delay in processing.

                                        Very truly yours,
                                        Robert C. Heinemann
                                        Clerk of Court

                 By:    /s/ Lorraine Sapienza
                            Pro Se Paralegal

enc