UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RAC/4395

DEMETRIUS HILL,

                          Plaintiff,

-against-

**NOTICE OF APPEARANCE**

**CV 02-3901(DRH) (MLO)**

THE COUNTY OF SUFFOLK, Al Tisch, Sheriff, West Bagnowski, Warden, Murphy Dep. Warden, Mr. Geslak, Captain, Mr. Singer, Liutanant, Mr. Leehman, Liutanant, Sgt. Kearsey; Sgt. Walsh; Mr. Reynolds, Correction Officer, Mr. Sanicruz, Correction Officer, Mr. Jonesy, Correction Officer, John Doe, John Doe, John Doe S.E.R.T. of 4/3/02, John Doe, John Doe, John Doe S.E.R.T. of 4/3/02, John Doe, Doctor, at night of 4/3/02,

                          Defendant.

PLEASE TAKE NOTICE that Robert A. Caccese, Esq. of the Suffolk County Attorney's Office, does hereby enter his appearance on behalf of Suffolk County Defendants. Any and all correspondence, documents, notices and filings should be forwarded to Robert A. Caccese, Assistant County Attorney, P.O. Box 6100, 100 Veterans Memorial Hwy., Hauppauge, New York 11788.

Dated: Hauppauge, New York
       August 11, 2006

Respectfully submitted,

CHRISTINE MALAFI
SUFFOLK COUNTY ATTORNEY
P.O. Box 6100
100 Veterans Memorial Hwy.
Hauppauge, New York 11788-0099
631-853-4049 Phone
631-853-5833 Fax

_____
Robert A. Caccese/RC-4395
Assistant County Attorney