MICHAEL L. ORENSTEIN
U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT
814 Federal Plaza
Central Islip, N.Y. 11722-4448

RECEIVED IN 7/26/06
CHAMBERS OF
MAGISTRATE ORENSTEIN
AUG 01 2006

RE: "HILL V. TISCH"
02 CV 3901

HON. SIR:

I write to inform the court I am presently at:

DEMETRIUS HILL
68133-053
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA, 17837

And a copy is being forwarded to defendants attorney ARLENE S. ZWILLING
ASST. County Attorney
P.O. Box 6100
Hauppauge, N.Y. 11788

Sincerely,
Demetrius Hill
Pro Se