August 21, 2006

Magistrate Judge Michael L. Orenstein
100 Federal Plaza
Central Islip, NY 11722-9014

RE: D. Hill Lawsuit Discovery

Dear Magistrate Judge Michael L. Orenstein:

Plaintiff, Demetrius Hill, requests only discovery that pertains to any administrative changes made after the filing of this lawsuit (e.g. times allowed out for administrative segregation inmates, segregation cages in the recreation yard, changing of length of officer badges, etc).

Also, Mr. Hill would like to inform you that he is currently housed at United States Penitentiary, Lewisburg in Lewisburg PA however this may change as he is still being designated and is currently on "holdover status." In addition, Mr. Hill would like to send you a copy of this letter that was originally faxed to you on Monday, June 19, 2006 while still housed at Nassau County Jail however its receipt was not reflected on the docket sheet.

Thank you in advance for your time and consideration regarding this important matter.

Sincerely,

*Demetrius Hill*

Demetrius Hill
Reg. # 68133-053
USP, LEWISBURG
P.O. Box 1000
Lewisburg, PA 17837

Monday, June 19, 2006

Magistrate Judge Michael L. Orenstein
100 Federal Plaza
Central Islip, NY 11722-9014

RE: D. Hill Lawsuit Discovery

Dear Magistrate Judge Michael L. Orenstein:

Plaintiff, Demetrius Hill, requests only discovery that pertains to any administrative changes made after the filing of this lawsuit (e.g. times allowed out for administrative segregation inmates, segregation cages in the recreation yard, changing of length of officer badges, etc).

Also, Mr. Hill would like to inform you that he is current housed at Nassau County Jail however this will change very soon as he was sentenced in Federal Court Tuesday June 13, 2006.

Thank you in advance for your time and consideration regarding this important matter.

Sincerely,

*[signature: Demetrius Hill]*

Demetrius Hill
Reg. # 68133-053
CC# 06001822
Nassau County Sheriff's Department Correction Center
100 Carman Ave.
East Meadow, NY 11554

# FAX

Monday, August 21, 2006                                FAX: (631) 712-5705

To:
Magistrate Judge Michael L. Orenstein
100 Federal Plaza
Central Islip, NY 11722-9014

From:
Demetrius Hill
68133-053
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

**MEMO:** I respectfully submit the following document for your review and consideration. Thank you in advance for your time.

# Pages: 3
(Including cover sheet)