LAW OFFICES OF
# Murray Richman
2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

November 14, 2006

**Via ECF**
Honorable Dennis R. Hurley
District Judge
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Demetrius Hill v. Tish
02-cv-3091 (DRH)

Dear Judge Hurley :

    I am writing this letter on behalf of Mr. Hill. Mr. Hill's civil matter, Docket Number 02-cv-3901, is currently before the Court. I visited with Mr. Hill at the Metropolitan Correctional Center on Saturday, November 11, 2006, after he contacted my office. Mr. Hill is seeking to retain my services to assist him in the above-entitled matter. He has informed me that he may be transferred out of MCC and back to his resident facility at FCC Hazelton within the coming days. While I have not committed to representing Mr. Hill in the above-entitled matter, I am very much interested in reviewing all of the documents and filings associated with the instant matter. After I have had an opportunity to review said documents I will nee to have more substantive discussions with Mr. Hill, which will not be possible should he be transferred

    I am thus respectfully requesting that Your Honor Order a Stay and instruct the Bureau of Prisons to keep Mr. Hill housed at MCC for a reasonable period until I have had the opportunity to make a thorough assessment of both his claims and whether to enter into his case. I cannot foresee a period of more than thirty (30) days to come to my determination.

    Your consideration in the above matter is greatly appreciated.

Respectfully submitted,

Stacey Richman, Esq.

CC: Warden MCC