Denis R. Hurley  11/23/06
U.S. District Judge
U.S. District Court
100 Federal Plaza
Central Islip, NY 17822

RE: HILL V. TISCH
    02 CV 3901;

Dear Judge Hurley:
 I write to request your intervention in two matters of concern. 1) I request a writ be issued to bring me **back** to a "local facility" so that I can meet and consult with counsel Stacey Richmond.

I was in the MCC a week ago - when she filed for a stay, yet was abruptly transfered here. I ask this court to order me moved to any local facility so that I can attempt to seek or obtain her representation in this case.

2) I have repeatedly wrote to Ms. Zwilling [defense counsel] seeking the last of discovery. I also wrote the Hon. Magistrate Judge Orenstein. I receive no response from Ms. Zwilling and my letters to the court for relief are denied

as ex parte communications. It is unfair that I am having to have my relief sought denied because defense counsel has not received a copy of a letter, the court has.

As this court is aware I have been moved repeatedly over & over between different institutions. And I don't always have my legal work with these address available to mail things to. Like now, I'm in a holdover/transfer facility with no access to my legal work or even a pen ...

Moreover I am pro se which creates numerous problems in & of itself. The federal court in manhattan does send my correspondence to the defendants because of the problems pro se litigants face.

My case has been allowed to languish in the wind since 2002 and its simply not fair. In sum I request to brought to a local facility to meet and attempt to obtain counsel and allow counsel to view the necessary discovery - The (E.D.N.Y.) Marshals still have and not yet

returned from my criminal case.

Also I request this case be moved toward trial and the rest of discovery be turned over by defendants.

Thank you for your time & consideration.

Sincerely,
Demetrius Hill
DEMETRIUS HILL
68133-053
Fed. Transfer Facility
P.O. Box 898801
Oklahoma City, OK
73189-8801

NAME DEMETRIUS HILL
REG# 62733-053
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

legal mail
this is in regards to
inmate —

OKLAHOMA CITY OK 731
24 NOV 2006 PM 3 T

To: Hon. D.R. Hurley
Dist C Crt Judge
US Dist Court - EDNY
10 Fulia St
Cntrl Islip, N.y