**DENIS R. HURLEY**
*United States District Judge*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND FEDERAL COURTHOUSE
934 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722-4447

December 4, 2006

Demetrius Hill
Reg. # 68133-053
Federal Transfer Center
P.O. Box 898801
Oklahoma City, OK 73189-8801

        RE: Hill v. Tisch
           Docket No. 02-CV-3901

Dear Mr. Hill:

  The Court is in receipt of your letter dated November 23, 2006. Please be advised that any questions regarding your case should be referred to your attorney.

         Very truly yours,

         *[signature]*
         Karen M. Costantini
         Judicial Assistant