**DENIS R. HURLEY**
*United States District Judge*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND FEDERAL COURTHOUSE
934 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722-4447

January 30, 2007

Demetrius Hill
Reg. # 68133-053
USP Hazelton
P.O. Box 2000
Bruceton Mills, W.Va. 26525

RE: <u>Hill v. Tisch</u>
Docket No. 02-CV-3901

Dear Mr. Hill:

The Court is in receipt of your letter dated January 16, 2007. Once again, please be advised that any questions regarding your case should be referred to your attorney.

Very truly yours,

Karen M. Costantini
Judicial Assistant