KAREN M. COSTANTINI
JUDICIAL ASSISTANT
U.S. DISTRICT COURT
100 Federal Plaza
Central Islip, N.y., 11722-4447

2/23/07

RE: HILL V. TISCH
Dkt. No. 02 CV 3901;
Letters Clarification;

DEAR Ms. Costantini:

With all due respect – I would like to be clear & candid – I DO NOT HAVE AN ATTORNEY on this case! I "attempted" to obtain the services of Ms. Stacey Richman – however because she has been unable to meet with me or go over the file (discovery complaint etc.) with me, She has not agreed to represent me as of yet.....

Being that as it May, I ask that the court please address my letter of Jan. 16, 2007 as it relates to that issue (either allow me to be moved back to a local facility so I can meet with Ms. Richman or to appoint counsel). I need this issue addressed as this case has been pending 5 years.

I thank you for your time & consideration and await your response.

Demetrius Hill
DEMETRIUS HILL 68133053
USP HAZELTON P.O. Box 2000
Bruceton Mills, W. Va. 71525



NAME JERPHUS HALL

NO. 68133-053

UNITED STATES PENITENTIARY - HAZELTON

P.O. BOX 2000

BRUCETON MILLS, WEST VIRGINIA 26525

CLARKSBURG WV 263

14 FEB 2007   PM 3 T

To:18 KARENM. Constantini
Judicial Assistant
(for Hon. judge Hurley)
U.S. DISTRICT COURT
100 Federal Plaza
Central Islip, N.Y. 11722-4447