UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
DEMETRIUS HILL,

        Plaintiff,

    -against-                              02-CV-3901 (DRH)(MLO)
                                          **ORDER**

AL TISCH *ET AL.*,

        Defendants.
-----------------------------------------------------X

**HURLEY, Senior District Judge:**

    UPON CONSIDERATION of Plaintiff's application for transfer (*see* doc. #71-2), such request is DENIED. The Court lacks authority to direct the requested transfer. *See Levine v. Apker*, 455 F.3d 71, 83 (2d Cir. 2006) (citing *United States v. Williams*, 65 F.3d 301, 307 (2d Cir. 1995)). Rather, the Bureau of Prison is "the sole agency charged with discretion to place a convicted defendant within a . . . particular facility." *Id.*; *see also* 18 U.S.C. § 3621(b).

    **SO ORDERED.**

Dated: February 27, 2007
       Central Islip, New York                         /s/
                                                           Denis R. Hurley,
                                                           United States Senior District Judge