## UNITED STATES DISTRICT COURT

ROBERT C. HEINEMANN
CLERK

EASTERN DISTRICT OF NEW YORK

PLEASE REPLY TO:

☐ BROOKLYN OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

www.nyed.uscourts.gov

■ LONG ISLAND OFFICE
US COURTHOUSE
100 FEDERAL PLAZA
PO BOX 9014
CENTRAL ISLIP, NY 11722-9014

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y
★ FEB 27 2007 ★
LONG ISLAND OFFICE

February 27, 2007

Demetrius Hill #68133-053
USP-Hazelton
PO Box 2000
Bruceton Mills, WV  26525

Re:   02cv3901 (DRH) and 06cv0126(JS)
      Hill -v- Tisch   and   Hill -v- Laird

Dear Mr. Hill:

The Court is in receipt of your letter dated February 11, 2007 in which you request copies of documents previously submitted in the above-mentioned cases. Copies are billed at a rate of fifty cents per page. The documents you have requested total approximately 45 pages which comes to $23.50. A check or money order made payable to the Clerk of Court must be remitted in order to receive the documents.

> Very truly yours,
> Robert C. Heinemann
> Clerk of Court
>
> By:   /s/ Lorraine Sapienza
>       Pro Se Paralegal