*scanned.*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ FEB 27 2007 ★
LONG ISLAND OFFICE

2/11/07

LORRAINE SAPIENZA
PRO SE COURT CLERK
100 Federal Plaza
Central Islip, N.Y., 11722

RE: HILL V. Tisch, et al
02-CV-3901; (DRH)(MLO);
HILL V. Laird, et al
06-CV-00126, (JS)(MLO);

Dear Ms. Sapienza:

I write to request you please send me a copy of documents I previously filed. Recently my property & legal materials were left in possession of the (E.D.) Marshals and I have not been able to retrieve them yet. As such I am without a number of important documents — so if possible can you please send me the following documents expeditiously:

<u>Hill V. Laird et al 06-CV-0126 (JS) MLO</u>

★ 1) A copy of the "filed" <u>complaint</u> (by myself)
★ 2) The <u>Answer</u> to the complaint (by Gail Mathews)

<u>Hill V. Tisch et al 02-CV-3901 (DRH)(MLO)</u>

★ 3) A copy of the "filed" <u>complaint</u> (by myself)
★ 4) A copy of "<u>motion for partial summary judgement</u>" filed on 4/28/04 (Dkt sheet 33)

5) Also can you tell me if the court DRH received my last application for appointment of counsel?

★ And if possible can you please send me a copy of the "federal rules of civil procedure" I need a copy; and any local rules of judges Seybert, Hurley and Orenstein. I would ~~gittly~~ greatly appreciate it.

Also in both cases can you please advise the court of my change of address - listed below - I previously sent a letter but its not changed.

I know I have asked for alot in one letter - yet these items are extremely essential to me and I ask that you please forward the requested information and documents expeditiously.....

I thank you (a thousand fold) in advance for your time & consideration......

Sincerely

Demetrius Hill
DEMETRIUS HILL
#68133-053
USP HAZELTON
P.O. Box 2000
Bruceton Mills, W.V.
26525

INMATE NAME: Rene (Rush) Hill
REGISTER NO. 68172-053
UNITED STATES PENITENTIARY - HAZELTON
P.O. BOX 2000
BRUCETON MILLS, WEST VIRGINIA 26525

LEGAL MAIL
Open Only In Presence
of Prisoner

To: Ms. Lorraine Saplee [?]
(Pro Se Court Clerk)
U.S. District Court
(E.D.N.Y.)
100 Federal Plaza
Central Islip, N.Y., 11722