July 25, 2007

**FILE COPY**

Denis R. Hurley
U.S. District Judge
U.S District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11701

RE: **HILL v. TISCH, et al, No: 02 CV 3901**
**MEANINGFUL ACCESS TO THE COURT**

Dear Honorable Judge Hurley:

Although I have never received a copy of this Courts recent orders concerning, depositions and trial, I have nonetheless became aware of these orders via having the Docket Sheet checked.

I write this letter to request that the Court direct the Defendant's provide Plaintiff will all previously provided discovery material, for these reasons:

(a) In early 2006 Plaintiff was moved to Nassau County Jail. However the County Jail refused to allow Plaintiff to retain his four (4) boxes of legal materials. And instead only allowed him to keep one; the <u>Court</u> then requested Plaintiff to try to condense all necessary materials (that pertained to his criminal case) to one box, and the U.S. Marshal's would hold the rest. To date Plaintiff has not received any of his three (3) boxes back from the Marshals. Plaintiff has sent repeated letters to the Marshals & several people have called on Plaintiffs behalf.

(b) These 3 boxes of legal materials contain all the discovery for Plaintiff's civil litigation.

(c) Being that the Court refuses to appoint Counsel; Plaintiff contends that the Court must allow (and provide the means) for him to attempt to obtain Counsel on his own. In that Plaintiff must be able to show prospective attorneys and be able to make legal calls. Also Plaintiff, needs to be able to contact his potential witnesses, (Defendant's have refused to turn over the

    inmate names who were housed and present during the complaints allegations), some of which may be located in the department of corrections of New York.

(d)  In as much as Plaintiff is currently housed, in another state, is *pro se,* and has no access to any meaningful assistance. The Court, to be fair and just, within the ambit of <u>Bounds v. Smith</u> (Supreme Court Decision) the Court should provide "meaningful access to the Court" as that has been defined.

(e)  It is completely unfair, and irrational to expect Plaintiff to be able to effectively try a case virtually handicapped with these unreasonable fetters.

 For these reasons, Plaintiff asks the Court to address these concerns, and allow Plaintiff the same due process and equitable treatment as one, who is free, has an attorney and the wealth to present a meaningful case for redress- anything less would be a travesty and injustice, as the claims in the complaint are meritorious.

 I thank the Court for its time and consideration in advance in hopes the Court will allow Plaintiff some relief of substance….

        Sincerely yours,

        Demetrius Hill
        Reg. No. 68133-053


Note: Plaintiff is currently "in transit" to "Big Sandy" USP - in Kentucky and does not have Defendants address and would ask humbly if the Court would provide them a copy of this letter. Thank you.



INMATE NAME: Demetrius Hill
REGISTER NUMBER: #68133-053
U.S.P. BIG SANDY
P.O. BOX 2068
INEZ, KY 41224

LEGAL MAIL —
Open only In
Presence of
Prisoner —

TO: Hon. Denis R. Hurley
U.S. District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, N.J., 11707