scanned

# ADDENDUM

RE: HILL V. TISCH et al, 02CV3901;

Dear Judge Hurley:

I am presently in U.S.P. BIG SANDY in Kentucky. As the N.Y. Post has reported I have been moved to **5** different institutions in the past 3 months. I am told that I am currently going to be moved again shortly. This is being done purposely and has made it virtually impossible to conduct any meaningful pre-trial preparation, as my legal property is always in limbo. For these reasons and those stated in my attached letter, I humbly request to be housed in a local pretrial facility so that I can have some form of stability to prepare the necessary motions, attempt to find an attorney, investigator and contact my witnesses.

I respectfully request the court please address the issues (tenaciously) in both letters and provide some form of redress. Thank you for your time and consideration and await the court's response.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 04 2007 ★

LONG ISLAND OFFICE

Demetrius Hill
DEMETRIUS HILL
68233-053
USP BIG SANDY
P.O. Box 2068
Inez, KY, 41224