

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK
LONG ISLAND FEDERAL COURTHOUSE
844 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722-4448

**MICHAEL L. ORENSTEIN**
United States Magistrate Judge

December 18, 2007

Demetrius Hill
# 68133-053
United States Penitentiary Lee
P.O. Box 305
Jonesville, VA 24263

Re: *Hill. v.Tisch et al.,*
CV 02-03901 (DRH)

Dear Mr. Hill:

Enclosed please find your undated letter which the Court received on December 18, 2007, wherein you seek certain discovery.

Please be advised that you must send a copy of every correspondence you send to the Court to all counsel in the above-mentioned case and indicate that you have done so. This Court will not accept *ex parte* communications.

I am enclosing an updated docket report in your action for your convenience.

Respectfully yours,

Linda B. Johnston
Law Clerk to Magistrate
Judge Orenstein

cc:   Arlene S. Zwilling
      (without enclosure)