UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DEMETRIUS HILL,

                          Plaintiff,

-against-

THE COUNTY OF SUFFOLK, Al Tisch, Sheriff, West Bagnowski, Warden, Murphy Dep. Warden, Mr. Geslak, Captain, Mr. Singer, Liutanant, Mr. Leehman, Liutanant, Sgt. Kearsey; Sgt. Walsh; Mr. Reynolds, Correction Officer, Mr. Sanicruz, Correction Officer, Mr. Jonesy, Correction Officer, John Doe, John Doe, John Doe S.E.R.T. of 4/3/02, John Doe, John Doe, John Doe S.E.R.T. of 4/3/02, John Doe, Doctor, at night of 4/3/02,

                          Defendant.

AZ-5918

DEFENDANTS' STATEMENT PURSUANT TO LOCAL RULE 56.1

CV 02-3901(DRH) (MLO)

      Defendants submit the following as and for their Statement Pursuant To Local Rule 56.1:

      1)     Plaintiff Demetrius Hill ("Hill") was incarcerated in the Suffolk County Correctional Facility ("SCCF") from March 29, 2002 to September 18, 2002.

      2)     Upon his admission to the SCCF on March 29, 2002, Hill received a copy of the Inmate Rule and Regulations Booklet and signed a booking sheet beneath the words "I have also received a Telephone Call, the SCCF Inmate Rules and Regulations Booklet and Admissions Kit", thereby acknowledging his receipt of said booklet (copy of booking sheet annexed as exhibit A);

      3)     The SCCF Inmate Rules and Regulations booklet, 2000 Revision, which was received by Hill on March 29, 2002, sets forth the procedures for

administrative review of inmate grievances under the heading "Inmate Grievance Program" at pages 15-16 (copy of pages 15-16 annexed as exhibit B);

    4)    This procedure provides for the filing of written grievance forms by inmates.

    5)    Although Hill filed numerous written grievances pursuant to the Inmate Grievance Program while incarcerated in the SCCF (copy of Hill's Grievance File annexed as exhibit C), he never filed any grievances concerning the incidents set forth in the complaint.

DATED:    Hauppauge, New York  
              January 4, 2008

Yours, etc  
CHRISTINE MALAFI  
Suffolk County Attorney  
Attorney for the Defendants  
H. Lee Dennison Building  
100 Veterans Memorial Highway  
P. O. Box 6100  
Hauppauge, New York 11788

BY: _____  
     Arlene S. Zwilling/AZ-5918  
     Assistant County Attorney

To:  
Demetrius Hill  
Plaintiff Pro Se  
#68133-053  
United States Penitentiary – Lee  
P.O. Box 305  
Jonesville, VA 24263