**PRO SE OFFICE**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**100 FEDERAL PLAZA**
**CENTRAL ISLIP, NY 11722**
**(631) 712-6060**

Date: 7-12-16

Re: 02- 3901 (DRH)(AYS)

Dear *pro se* litigant:

The enclosed _____ *letter* _____ is/ are being returned without docketing or consideration for the following reason(s):

( )   The docket number and judge's initials are missing.

(X)   Your signature is required on all papers filed with the Court. Please sign wherever an "X" appears.

( )   These papers appear to be intended for another court or agency.

( )   Papers cannot be filed without an affirmation that a copy has been served on each of the parties (or counsel, if represented) in your action.

( )   Your papers do not meet the minimum requirements for:

  ( )   Legibility: please type or print clearly.
  ( )   Language: only English is acceptable.
  ( )   Form or Content: See forms/instructions enclosed.
  ( )   Please indicate the documents you served on your affirmation of service.
  ( )   Other:

( )   This Court will only accept papers on 8 1/2 by 11 paper. Note that this does not include exhibits.

( )   Pursuant to Local Civil Rules 5.1, discovery materials are not filed with the Court except by Order of the Court.

( )   Your <u>Notice of Appeal</u> has been processed, and your case is closed. Your papers should be directed to:

  United States Court of Appeals for the Second Circuit
  Thurgood Marshall U. S. Courthouse
  40 Foley Square
  New York, NY 10007

( )   Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

( )   The Court cannot act on your submission(s). To the extent that it is your intent to start a new action, or to file a motion, please obtain the appropriate form(s) online at www.nyed.uscourts.gov or from our office.

( )   Correspondence between parties is not filed with the court.

( )   Other: _____

_____

_____

*PRO SE* OFFICE
By: /s/ C.Vukovich

U.S. DISTRICT COURT E.D.N.Y. IN CLERK'S OFFICE FILED JUL 12 2016 LONG ISLAND OFFICE

Demetrius Hill #61833-053
MCC NEW YORK
METROPOLITAN CORRECTIONAL CENTER
150 PARK ROW
NEW YORK, NY  10007

July 7, 2016

Anne Y. Shields
U.S. Magistrate Judge
U.S. District Court
100 Federal Plaza
Central Islip, NY  11722




RE: Hill v. Tisch et al., 02-CV-03901

Dear Judge Shields,

I write to convey to the court that I am currently at MCC in Manhattan. I would like to schedule a teleconference to discuss discovery on July, 13 if possible.

Thank you,

D. Hill

