

CLERK OF U.S. DISTRICT COURT, EDNY
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722

OFFICIAL BUSINESS

Return To Sender
— Unable to Identify Addressee
— Inmate No longer At This Facility
✝ Inmate Name & Number Provided Do Not Match
— Unauthorized Inmate To Inmate Correspondence

Demetrius Hill, # 61833-053
MCC New York
150 Park Row
N.Y., NY 10007

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUL 27 2016
ISLAND OFFICE

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RECEIVED
JUL 29 2016
EDNY PRO SE OFFICE

**PRO SE OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722
(631) 712-6060**

Date: 7-12-16

Re: 02-3901 (DRH)(AUS)

Dear *pro se* litigant:

The enclosed ___letter___ is/ are being returned without docketing or consideration for the following reason(s):

( ) The docket number and judge's initials are missing.

(X) Your signature is required on all papers filed with the Court. Please sign wherever an "X" appears.

( ) These papers appear to be intended for another court or agency.

( ) Papers cannot be filed without an affirmation that a copy has been served on each of the parties (or counsel, if represented) in your action.

( ) Your papers do not meet the minimum requirements for:

   ( ) Legibility: please type or print clearly.
   ( ) Language: only <u>English</u> is acceptable.
   ( ) Form or Content: See forms/instructions enclosed.
   ( ) Please indicate the documents you served on your affirmation of service.
   ( ) Other:

( ) This Court will only accept papers on 8 1/2 by 11 paper. Note that this does not include exhibits.

( ) Pursuant to Local Civil Rules 5.1, discovery materials are not filed with the Court except by Order of the Court.

( ) Your <u>Notice of Appeal</u> has been processed, and your case is closed. Your papers should be directed to:

   United States Court of Appeals for the Second Circuit
   Thurgood Marshall U. S. Courthouse
   40 Foley Square
   New York, NY 10007

( ) Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

( ) The Court cannot act on your submission(s). To the extent that it is your intent to start a new action, or to file a motion, please obtain the appropriate form(s) online at www.nyed.uscourts.gov or from our office.

( ) Correspondence between parties is not filed with the court.

( ) Other: _____

_____

_____

*PRO SE* OFFICE
By: /s/ C.Vukovich

Demetrius Hill #61833-053
MCC NEW YORK
METROPOLITAN CORRECTIONAL CENTER
150 PARK ROW
NEW YORK, NY 10007

July 7, 2016

Anne Y. Shields
U.S. Magistrate Judge
U.S. District Court
100 Federal Plaza
Central Islip, NY 11722



RE: Hill v. Tisch et al., 02-CV-03901

Dear Judge Shields,

I write to convey to the court that I am currently at MCC in Manhattan. I would like to schedule a teleconference to discuss discovery on July, 13 if possible.

Thank you,

D. Hill

X _____

**PRO SE OFFICE**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**100 FEDERAL PLAZA**
**CENTRAL ISLIP, NY 11722**
**(631) 712-6060**

Date: 7-12-16

Re: 06-CV-126 (JS)

Dear *pro se* litigant:

The enclosed _letters_ is/ are being returned without docketing or consideration for the following reason(s):

( ) The docket number and judge's initials are missing.

(X) Your signature is required on all papers filed with the Court. Please sign wherever an "X" appears.

( ) These papers appear to be intended for another court or agency.

( ) Papers cannot be filed without an affirmation that a copy has been served on each of the parties (or counsel, *if represented) in your action.*

( ) Your papers do not meet the minimum requirements for:

    ( ) Legibility: please type or print clearly.
    ( ) Language: only English is acceptable.
    ( ) Form or Content: See forms/instructions enclosed.
    ( ) Please indicate the documents you served on your affirmation of service.
    ( ) Other:

( ) This Court will only accept papers on 8 1/2 by 11 paper. Note that this does not include exhibits.

( ) Pursuant to Local Civil Rules 5.1, discovery materials are not filed with the Court except by Order of the Court.

( ) Your Notice of Appeal has been processed, and your case is closed. Your papers should be directed to:

    United States Court of Appeals for the Second Circuit
    Thurgood Marshall U. S. Courthouse
    40 Foley Square
    New York, NY 10007

( ) Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

( ) The Court cannot act on your submission(s). To the extent that it is your intent to start a new action, or to file a motion, please obtain the appropriate form(s) online at www.nyed.uscourts.gov or from our office.

( ) Correspondence between parties is not filed with the court.

( ) Other: _____

*PRO SE* OFFICE
By: /s/ C.Vukovich

Demetrius Hill #61833-053
MCC NEW YORK
METROPOLITAN CORRECTIONAL CENTER
150 PARK ROW
NEW YORK, NY  10007

July 5, 2016

Joanna Seybert
U.S. District Judge
U.S. District Court
100 Federal Plaza
Central Islip, NY  11722



RE: Hill v. Laird, 06-CV-126(JS)(AYS)

Dear Judge Seybert,

I write to convey to the court that on Friday I had a legal visit from Abraham Hassen and on Saturday a legal visit from AUSA Cho--both visits were contact legal visits on the third floor of the MCC. I was hand cuffed too and from the visit, the hand cuffs were removed during both visits, and a CO sat outside the legal visiting room the entire time ... Which is the process for all SHU prisoners.

I felt it imperative to bring this to the court's attention because for 45 minutes during the phone conference on Friday, Ken Berk (MDC staff attorney) attempted to paint a picture that such regular contact legal visits posed this enormous security risk. I contend that it was a farce and an outright lie perpetrated by the collusion of the MDC & MCC staff to disrupt my ability to prepare, present and win this case at trial. And that all these draconian conditions are for that nefarious purpose--extreme isolation, concrete (slab) bed, concrete steel & desk, two cameras in the cell on of which points directly into the shower & faces toiled, a thick sky blue piece of plexiglass over both windows preventing me from looking out the window, and two metal flaps over the door windows preventing me from seeing out he door; and a complete denial of outdoor recreation 14 days and still counting.

These conditions have nothing to do with a security need and are designed to delay, obstruct & disrupt my Court access--I still have not received the Court's summary judgment decision pertaining to Maldonado--and preventing me from obtaining a lawyer and being able to adequately prepare for trial in just over 2 weeks...I've are not even in compliance with their own policy on legal visits (See Program Statement 1315.07 p.g. 17) which clearly states:

> "An act by an inmate in violation of Bureau regulation or institution guidelines warrants a limitation by the warden of the inmate's correspondence or visiting rights with attorney only if necessary to protect institution security, good order, or discipline. The warden may not deny correspondence or visiting rights with attorneys generally. The Warden must consult with the Regional Counsel before taking action under this subsection."

In as much as I've done nothing violative of any rule on a legal visit the Court should ensure that my Constitutional rights are not arbitrarily denied, eroded, or run rough shod over.

In Struggle,

D. Hill



Demetrius Hill #61833-053
MCC NEW YORK
METROPOLITAN CORRECTIONAL CENTER
150 PARK ROW
NEW YORK, NY  10007

July 5, 2016

Joanna Seybert
U.S. District Judge
U.S. District Court
100 Federal Plaza
Central Islip, NY  11722

RE: Hill v. Laird, 06-CV-126(JS)(AYS)

Dear Judge Seybert,

I am writing to inform you that I will no longer need subpoenas for the following witnesses:

1. Beck
2. Cole

Thank You,

D. Hill

X _____