**RECEIVED**
HON. DENIS R. HURLEY
JUL 28 2016

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUL 25 2016
JUL 28 2016
LONG ISLAND OFFICE

H. Denis R. Hurley
U.S. District Court

Re:

I am requesting an extension to do the deposition and the following relief:

(a) that I be allowed to do the depositions at MCC while in N.Y.;

(b) that I be kept in N.Y. for the purpose of allowing Attorney Lamis Deek to review the files in this case for posible representation; the court previously granted such relief;

(c) That discovery be completed and a trial date set while I am here;

John Struggle
Demetrius Hill
68133-053